No. 67913.—Monarch International, Inc. *v.* United States, protests 62/5436, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of testers and other meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.

No. 67914.—Monarch International, Inc., et al. *v.* United States, protests 62/9466, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of Vu-Meters similar in all material respects to those the subject of *Universal Foreign Service, Inc., et al.* v. *United States* (47 Cust. Ct. 183, C.D. 2300), the claim of the plaintiffs was sustained.

JULY 29, 1963

No. 67915.—Wales Fabrics Corp. *v.* United States, protest 61/24392. Protest abandoned June 11, 1963. (Initial No. 60/25670.) (Not published.) Plaintiff's application for rehearing granted.